**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Vonnie Darin Darby, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Tim Schuetzle, Warden, | ) | Case No.  1:08-cv-110 |
| | ) | |
| | ) | |
| Defendants. | ) | |

_____

On February 27, 2009, Plaintiff filed a document captioned "Reconsideration Request for Appointment of Counsel." Therein, he renewed his request for court-appointed counsel, averring that the court abused its discretion when denying his initial request.  Plaintiff's request for reconsideration (Docket No. 15) of the undersigned's previous order denying his request for appointment of counsel is **DENIED** as there is no basis for reversing the undersigned's earlier decision.

**IT IS SO ORDERED.**

Dated this 2nd day of March, 2009.

> */s/  Charles S.  Miller, Jr.*
> Charles S.  Miller, Jr.
> United States Magistrate Judge